UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA CIVIL DIVISION

CASE NO.: 5:19-cv-00039-JSM-PRL

JOEL PRICE,

    Plaintiff,

v.

CITY OF OCALA, FLORIDA

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) Plaintiff Joel Price hereby files this Notice of Voluntary Dismissal Without Prejudice in the above styled case and hereby requests the Court to issue an Order of Dismissal Without Prejudice.

### MEMORANDUM OF LAW

FRCP Rule 41(a)(1)(A)(i) states that Plaintiff may notice the court as to its voluntary dismissal of an action without a court order by filing such notice prior the opposing party filing an Answer or Motion for Summary Judgment.

This motion is in compliance with Middle District Local Rule 3.01(a). This motion is also accompanied with a proposed order. This Motion for Order of Dismissal is filed in accordance with Middle District of Florida Local Rule 3.01(g), without the requirement for conference with opposing counsel.

WHEREFORE, Plaintiff requests this Honorable Court to enter an Order of Dismissal Without Prejudice.

Respectfully submitted on this 23rd day of May, 2019.

*s/ Scott Dinin*
Scott R Dinin, Esq.
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone:  (786) 786-1333
inbox@dininlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of May, 2019 a true and correct copy of the above has been filed with the Clerk of the Court using the CM/ECF system, which will send the foregoing to counsel for the Defendant:

Patrick G. Gilligan, Esq.
Christopher A. Anderson, Esq.
Gilligan, Gooding, Franjola & Batsel, P.A.
1531 S.E. 36th Avenue
Ocala, Florida 34471
Telephone: (352) 867-7707
Facsimile: (352) 867-0237
E-mail: pgilligan@ocalalaw.com
*Counsel for Defendant*